O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THORNTON A. GILLIS, | ) | No. CV 13-7740 CAS (FFM) |
| Petitioner, | ) | ORDER DISMISSING PETITION |
| v. | ) | |
| BRIAN DUFFY, Warden, California Medical Facility, | ) | |
| Respondent. | ) | |

On October 18, 2013, petitioner Thornton A. Gillis filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241. On June 11, 2014, petitioner filed a Declaration of Counsel re Death of Petitioner.

A petition for writ of habeas corpus is mooted by the death of the petitioner. *See, e.g., Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot because petitioner died). Given petitioner's death, the petition is dismissed without prejudice.

DATED: June 16, 2014

CHRISTINA A. SNYDER
United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge