# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNTON A. GILLIS,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN DUFFY, Warden, California Medical Facility,<br><br>    Respondent. | No. CV 13-7740 CAS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 16, 2014

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge